IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN MADISON and
LEISHA MADISON                                                                PLAINTIFFS

v.                                    Case No. 2:12-CV-02165

U.S. BANK, N.A. f/k/a or d/b/a
U.S. BANK HOME MORTGAGE                                                       DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that U.S. Bank, N.A. f/k/a or d/b/a U.S. Bank Home Mortgage's Motion to Dismiss (Doc. 4) be GRANTED and Plaintiffs' Motion for Leave to Amend Complaint (Doc. 10) be DENIED.  This matter is accordingly DISMISSED WITH PREJUDICE for failure to state a claim. The parties are instructed to bear their own attorney's fees and costs.

IT IS SO ORDERED AND ADJUDGED this 28th day of January, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE